RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel Lazo@fd.org

Attorney for Anthony Jackson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00112-APG-EJY-1 |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (First Request) |
| ANTHONY JACKSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting Attorney General of the United States, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Anthony Jackson, that the Sentencing Hearing currently scheduled on April 30, 2026, at 9:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

The Stipulation is entered into for the following reasons:

1.      Defense counsel was assigned to this case on February 6, 2026. Since then, she has met with Mr. Jackson twice. Additional time is needed to meet with Mr. Jackson regarding the discovery and the presentence investigation report.

2.    Mr. Jackson pleaded guilty without the benefit of a plea agreement. The government has indicated that it will seek the statutory maximum of 15 years in this case. Probation is recommending 151 months consecutive to Mr. Jackson's pending revocation matter. Probation and the government both contend that the firearm guidelines must be cross referenced to the attempt murder guidelines. Mr. Jackson intends to challenge this.

3.    Defense counsel requires additional time to conduct investigation in this case necessary to challenge the allegation that the gun was used in connection with an attempted murder. Thereafter, counsel will require sufficient time to draft and prepare formal objections and a sentencing memorandum.

4.    The defendant is incarcerated and does not object to the continuance.

5.    The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 22nd day of April 2026.

RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Acting Attorney General of the United States

*/s/ Raquel Lazo*
By_____
RAQUEL LAZO
Assistant Federal Public Defender

*/s/ Joshua Brister*
By_____
JOSHUA BRISTER
Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00112-APG-EJY-1 |
| Plaintiff, | **ORDER** |
| v. | |
| ANTHONY JACKSON, | |
| Defendant. | |

Based on the stipulation and good cause appearing:

IT IS ORDERED that the sentencing hearing currently scheduled for Thursday, April 30, 2026, at 9:00 a.m., be vacated and continued to July 29, 2026 at the hour of 9:00 a.m. in Courtroom 6C.

DATED this 23rd day of April 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

3